DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
6 MARCH 2014

| 016P07-4 | State v. Joey Duane Scott | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **03/03/2014** |
|---|---|---|---|
| 018P14 | State v. Paris Jujuan Todd | Def's *Pro Se* Motion for PDR (COA13-67) | Denied |
| 020P14-2 | State v. Richard L. Elliott | 1. Def's *Pro Se* Motion for NOA (COAP14-14)<br><br>2. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Dismissed *Ex Mero Motu* **02/04/2014**<br><br>2. Denied **02/04/2014** |
| 023P14 | State v. Jimmy I. Jones | Def's PDR Under N.C.G.S. § 7A-31 (COA13-215) | Denied |
| 025P14 | State v. Cornelius Jevon Clark | Def's PDR Under N.C.G.S. § 7A-31 (COA13-561) | Denied |
| 027P14 | State v. Daniel Charles Lewis | Def's PDR Under N.C.G.S. § 7A-31 (COA13-254) | Denied |
| 029P14 | State v. James Howard Rowland | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied **02/05/2014** |
| 030P14 | State v. Zonta Tavaras Ellison | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Mecklenburg County | Dismissed |